## IN THE MATTER OF ROBERT LIVINGSTON

### 1812

### PAPERS IN FILE

1. Petition for habeas corpus . . . . . . . . . *Printed in Vol. 2*
2. Allowance of writ . . . . . . . . . . "
3. Writ of habeas corpus . . . . . . . . . . "
4. Return . . . . . . . . . . . . "
5. Copy of capitulation of Michilimackinac . . . . "
6. Copy of list of prisoners . . . . . . . . "
7. Copy of garrison orders . . . . . . . . "
8. Opinion; order . . . . . . . . . . "

## IN THE MATTER OF ELIZABETH WELCH AND MARY WELLINGTON

### 1814

### PAPERS IN FILE

1. Petition for habeas corpus . . . . . . . . *Printed in Vol. 2*
2. Order for habeas corpus . . . . . . . . . "
3. Writ of habeas corpus . . . . . . . . . "
4. Return . . . . . . . . . . . . "
5. Order . . . . . . . . . . . . . "